UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JASMINE EUNIQUE RIPP,<br><br>        Defendant. | Case No.: 19CR00546-BAS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19CR00546-BAS against defendant JASMINE EUNIQUE RIPP be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED: 3/5/19

HON. LINDA LOPEZ
United States Magistrate Judge